Rebecca C. Padilla, SBN: 248605
**POTTER, COHEN, SAMULON
& PADILLA**
3852 E. Colorado Blvd.
Pasadena, CA 91107
Telephone: (626) 795-0681
Facsimile: (626) 795-0725
E-mail: rpadilla@pottercohenlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| NEILAH SIMONE LANG, | ) Case No.: EDCV 22-00612 AS |
| | ) |
| Plaintiff, | ) **{PROPOSED} ORDER AWARDING** |
| vs. | ) **EQUAL ACCESS TO JUSTICE** |
| | ) **ACT ATTORNEY FEES** |
| KILOLO KIJAKAZI, Acting | ) **PURSUANT TO 28 U.S.C. § 2412(d)** |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees:

**IT IS ORDERED** that the Commissioner shall pay the amount of $5,000.00 (Five Thousand Dollars and No Cents) for fees, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Date: 08/21/2023 _____     _____/ s / Sagar_____
                                    HONORABLE ALKA SAGAR
                                    UNITED STATES MAGISTRATE JUDGE

-1-